IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| COLIN O. HEBSON ) | |
| ) | No. 10 B 49560 |
| Debtor. ) | |
| ) | |
| _____ ) | |
| DIRECT DEVELOPMENT, INC.; ) | Judge Jack Schmetterer |
| DIRECT HARBOR PLACE LLC; ) | |
| HARBOR PLACE EAST LLC; ) | |
| HARBOR PLACE CENTRAL LLC; and ) | |
| HARBOR PLACE RETAIL LLC ) | |
| ) | Adversary Case No. 11-00592 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| COLIN O. HEBSON ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To: See attached service list

    YOU ARE HEREBY NOTIFIED that on this date, August 17, 2011, we have filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, STIPULATION OF DISMISSAL and PROPOSED ORDER FOR DISMISSAL, copies of which are attached hereto and herewith served upon you.

                              By:  /s/ Michael E. Gosman
                                     Attorney for the Plaintiffs

                                     Michael E. Gosman  (Fed.  Bar No. 6299891)
                                     WHYTE HIRSCHBOECK DUDEK S.C.
                                     555 East Wells Street, Suite 1900
                                     Milwaukee, WI  53202
                                     Telephone:  (414) 978-5350
                                     Facsimile:  (414) 223-5000

## CERTIFICATION OF SERVICE

I, MICHAEL E. GOSMAN, an attorney, hereby certify that on August 17, 2011, I caused a copy of this Notice of Filing, Stipulation of Dismissal, and Proposed Order for Dismissal to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system or by electronic mail as indicated below.

By: /s/ Michael E. Gosman

**Electronic Service through CM/ECF System**

Patrick B Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
Email: phowell@whdlaw.com
Counsel for Plaintiffs, Direct Development, Inc., Direct Harbor Place LLC, Harbor Place Central LLC, Harbor Place East LLC, and Harbor Place Retail LLC

Matthew Wawrzyn
Wawrzyn LLC
233 South Wacker Drive
84th Floor
Chicago, IL 60606
Email: matt@wawrzynlaw.com
Counsel for At World Properties, LLC

David R Herzog
Herzog & Schwartz P.C.
77 West Washington Street
Suite 1717
Chicago, IL 60602
Email: drhlaw@mindspring.com
Counsel for Defendant

**Electronic Service through Electronic Mail**

Patrick S Layng
Office of the U.S.Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604
Email: USTPRegion11.ES.ECF@usdoj.gov

Ira Bodenstein
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL 60654
Email: iratrustee@shawgussis.com,
IL29@ecfcbis.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>COLIN O. HEBSON<br><br>　　　　　Debtor.<br><br>─────────────────────<br>DIRECT DEVELOPMENT, INC.;<br>DIRECT HARBOR PLACE LLC;<br>HARBOR PLACE EAST LLC;<br>HARBOR PLACE CENTRAL LLC; and<br>HARBOR PLACE RETAIL LLC<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COLIN O. HEBSON<br><br>　　　　　Defendant. | Chapter 7<br><br>No. 10 B 49560<br><br><br><br><br>Judge Jack Schmetterer<br><br><br><br>Adversary Case No. 11-00592 |

## STIPULATION OF DISMISSAL

This matter is before the court on the adversary complaint of adversary plaintiffs Direct Development, Inc., Direct Harbor Place LLC, Harbor Place East LLC, Harbor Central LLC, Harbor Place Retail LLC, and debtor Colin Hebson having agreed to waive his bankruptcy discharge and having waived his bankruptcy discharge as to all his debts including but not limited to the debt to adversary plaintiffs Direct Development, Inc., Direct Harbor Place LLC, Harbor Place East LLC, Harbor Central LLC, Harbor Place Retail LLC, the parties hereunder stipulate to a dismissal of this adversary proceeding without prejudice as to any of the claims or rights of the adversary plaintiffs Direct Development, Inc., Direct Harbor Place LLC, Harbor Place East LLC, Harbor Central LLC, Harbor Place Retail LLC.

WHD/8053996.1

Dated this 17th day of August, 2011                     Dated this 17th day of August, 2011

**WHYTE HIRSCHBOECK DUDEK S.C.**            **HERZOG & SCHWARTZ, P.C.**
Attorneys for the Plaintiff                                   Attorney for the Debtor

By: */s/ Michael E. Gosman*                              By: */s/ David R. Herzog*
Michael E. Gosman                                             David R. Herzog
IL State Bar No. 6299891                                    IL State Bar No. 01203681
555 East Wells Street, Suite 1900                       77 West Washington Street, Suite 1717
Milwaukee, WI 53202                                          Chicago, IL 60602
Phone: (414) 978-5350                                        Phone: (312) 977-1600
Facsimile: (414) 223-5000

- 2 -

WHD/8053996.1